## Commonwealth *v.* Simcox, Appellant.

Submitted April 10, 1972. *J. S. Jiuliante,* and *Jiuliante, Falcone, Jones, Shapira & Vendetti,* for appellant; *Bernard L. Siegel,* First Assistant District Attorney, and *R. Gordon Kennedy,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Thompson, Appellant.

Argued April 12, 1972. *Eugene E. Fike, II,* with him *Fike, Cascio & Boose,* for appellant; *Frederick F. Coffroth,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.